# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ARTHUR CHOPPIN

NO. 2025 KW 0266

**JUNE 16, 2025**

---

In Re:  Arthur Choppin, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 39655.

---

**BEFORE:  McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT